IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |
| JADE PRESENTS, LLC<br><br>Plaintiff,<br><br>v.<br><br>DIRECT CAPITAL SOURCE INC.<br>d/b/a CAPYTAL.COM a/k/a<br>BROWNSTONE FUNDING a/k/a<br>DAKA CAPITAL GROUP a/k/a<br>PAYMENT SERVICING a/k/a<br>CORE FUNDING SOURCE a/k/a<br>NEWCO CAPITAL GROUP a/k/a<br>THE*FUNDING BLOCK<br><br>Defendant. | Adv. Case No. 26-07018 |

**AFFIDAVIT OF SERVICE**

I HEREBY CERTIFY that on this 24th day of August, 2026, I caused a copy of (i) the Complaint, DE #1; and (ii) the Summons in an Adversary Proceeding, DE #2, to be served, via first class mail, postage prepaid, upon:

Direct Capital Source Inc.
132 Franklin Place
Suite 490
Woodmere NY 11598

and

Capytal.com
333 W Commercial Street
Suite 324
East Rochester NY 14445

Respectfully submitted,

Dated: August 24, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*