**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:

Jade Presents, LLC,

Debtor.
______________________________________/

Bankruptcy Case No. 26-30438
Chapter 11

In Re:

Tickets300, LLC,

Debtor.
______________________________________/

Bankruptcy Case No. 26-30439
Chapter 11 (Jointly Administered)

Jade Presents, LLC,

Plaintiff,

v.

Adversary Case No. 26-7018

Direct Capital Source Inc.,
aka Capytal.com,
aka Brownstone Funding,
aka Core Funding Source,
aka Daka Capital Group,
aka Payment Servicing,

Defendant.
______________________________________/

## CLERK'S ENTRY OF DEFAULT

Defendant Direct Capital Source Inc. failed to appear or otherwise defend against Plaintiff's Complaint as required by law. Pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, Defendant Direct Capital Source Inc. is in default.

Plaintiff may seek the entry of default judgment against Defendant Direct Capital Source Inc. by filing a motion and serving notice as required by Rule 7055 of the Federal Rules of Bankruptcy Procedure and D.N.D. Bankr. L.R. 7007-1.

Sara E. Diaz
Clerk, U.S. Bankruptcy Court

Date issued: September 24, 2026

By: /s/ Shantel Jacobson
Shantel Jacobson