United States Bankruptcy Court
District of North Dakota

Jade Presents, LLC,
Plaintiff
Direct Capital Source Inc.,
Defendant

Adv. Proc. No. 26-07018-skh

# CERTIFICATE OF NOTICE

District/off: 0868-3 User: admin Page 1 of 1
Date Rcvd: Sep 24, 2026 Form ID: pdf2some Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Direct Capital Source Inc., 132 FRANKLIN PLACE, SUITE 490, WOODMERE, NY 11598-5021 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice VerStandig | on behalf of Plaintiff Jade Presents LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:

Jade Presents, LLC, — Bankruptcy Case No. 26-30438
Chapter 11

Debtor.
______________________________________/

In Re:

Tickets300, LLC, — Bankruptcy Case No. 26-30439
Chapter 11 (Jointly Administered)

Debtor.
______________________________________/

Jade Presents, LLC,

Plaintiff,

v. — Adversary Case No. 26-7018

Direct Capital Source Inc.,
aka Capytal.com,
aka Brownstone Funding,
aka Core Funding Source,
aka Daka Capital Group,
aka Payment Servicing,

Defendant.
______________________________________/

**CLERK'S ENTRY OF DEFAULT**

Defendant Direct Capital Source Inc. failed to appear or otherwise defend against Plaintiff's Complaint as required by law. Pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, Defendant Direct Capital Source Inc. is in default.

Plaintiff may seek the entry of default judgment against Defendant Direct Capital Source Inc. by filing a motion and serving notice as required by Rule 7055 of the Federal Rules of Bankruptcy Procedure and D.N.D. Bankr. L.R. 7007-1.

Sara E. Diaz
Clerk, U.S. Bankruptcy Court

Date issued: September 24, 2026

By: /s/ Shantel Jacobson
Shantel Jacobson