**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**
QUENTIN N. BURDICK UNITED STATES COURTHOUSE
655 1ST AVENUE NORTH, SUITE 210
FARGO, NORTH DAKOTA 58102-4932
www.ndb.uscourts.gov

**SARA E. DIAZ**
CLERK

TELEPHONE NUMBER 701-297-7100
FAX NUMBER 701-297-7105

October 26, 2026

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102

Re: Jade Presents, LLC v. Direct Capital Source, Inc.
Adversary Case No. 26-07018

Dear Mr. VerStandig:

The Court has reviewed the above noted adversary proceeding. Since there has been no activity in this case, please file a status report indicating a need for this matter to remain open.

Sincerely,

Sara E. Diaz, Clerk
United States Bankruptcy Court

By: /s/ Shantel Jacobson
Shantel Jacobson, Case Administrator
(701) 297-7100