**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Bankruptcy No. 26-30438<br>(Chapter 11) |
| In Re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |
| JADE PRESENTS, LLC<br><br>Plaintiff,<br><br>v.<br><br>DIRECT CAPITAL SOURCE INC.<br>d/b/a CAPYTAL.COM a/k/a<br>BROWNSTONE FUNDING a/k/a<br>DAKA CAPITAL GROUP a/k/a<br>PAYMENT SERVICING a/k/a<br>CORE FUNDING SOURCE a/k/a<br>NEWCO CAPITAL GROUP a/k/a<br>THE*FUNDING BLOCK<br><br>Defendant. | Adv. Case No. 26-07018 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO: THE UNITED STATES BANKRUPTCY COURT CLERK:

Please enter the appearance of John M. Krings, Jr., of KD LAW, PLLP, attorney for Newco Capital Group VI LLC dba Capytal.com, in the above-referenced case. Pursuant to Federal Rules

of Bankruptcy Procedure 9010(b), 2002 and Local Rule 2002-5, the undersigned, on behalf of KD Law, PLLP, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following via ECF notification:

John M. Krings, Jr.
KD LAW, PLLP
3429 Interstate Boulevard South
Fargo, ND 58103
john@kdlawpartners.com

PLEASE TAKE FURTHER NOTICE that pursuant to the foregoing Section 1109(b) of the Bankruptcy Code this request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also including, without limitation, notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests for petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents brought before the Court with respect to this proceeding, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: 10/30/2026

*_/s/ John M. Krings, Jr._*

John M. Krings, Jr. (ND Attorney #06845)
Attorneys for Newco Capital Group VI LLC
dba Capytal.com
KD LAW, PLLP
3429 Interstate Boulevard South
Fargo, ND 58103
(701) 232-8757
john@kdlawpartners.com